MCCLELLAND BISHOP, Plaintiff-Appellant, v. CANAL-RANDOLPH CORPORATION et al., Defendants-Appellees.

(No. 55607; ▮▮▮▮▮▮▮▮▮)

First District (3rd Division)—March 29, 1973.

Opinion by Mr. JUSTICE McGLOON.

Powers McGuire, and Joseph B. Lederleitner and Daniel E. Wanat, both of Pretzel, Stouffer, Nolan & Rooney, both of Chicago, for appellant.

Seymour J. Gaynes, Frank Glazer, and Kirkland & Ellis, all of Chicago, (Dom J. Rizzi and Frank M. Greenfield, of counsel,) for appellees.